UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zyereri Jackson, individually and on behalf of all similarly situated individuals, | Case No. 1:24-CV-01442 |
| Plaintiff, | Judge: Hon. Virginia M. Kendall |
| v. | Magistrate: Hon. Judge Jeffrey T. Gilbert |
| Super Ego Holding LLC, | |
| Defendant. | |

## NOTICE OF MOTION

TO: Scott Moriarity (samoriarity@wantathome.com)
Shawn J. Wanta (sjwanta@wantathome.com)
**WANTA THOME PLC**
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402

PLEASE TAKE NOTICE that on Wednesday, **February 26, 2025 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, in the Courtroom usually occupied by her in Room 2541 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present the attached **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT** *INSTANTER*, a copy of which is attached hereto and herewith served upon you.

1

Dated: February 19, 2025            Respectfully submitted,

                                              */s/ David M. Krueger*
                                              David M. Krueger (#6338180)
                                              **BENESCH FRIEDLANDER COPLAN & ARONOFF**
                                              127 Public Square Suite 4900
                                              Cleveland, Ohio 44114
                                              Telephone: 440-313-2974
                                              Fax: 216-363-4588
                                              Email:dkrueger@beneschlaw.com

                                              Ruddy S. Abam (ARDC #6335470)
                                              **BENESCH FRIEDLANDER COPLAN & ARONOFF**
                                              71 S Wacker Drive, Suite 1600
                                              Chicago, Illinois 60606
                                              Telephone: 312-212-4949
                                              Email: rabam@beneschlaw.com

                                              *Attorneys for Defendant, Super Ego Holding LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on **February 19, 2025,** I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT** *INSTANTER* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Scott Moriarity (samoriarity@wantathome.com)
Shawn J. Wanta (sjwanta@wantathome.com)
**WANTA THOME PLC**
100 South Fifth Street, Suite 1200
Minneapolis, MN 55402

*Attorneys for Plaintiff*

By: */s/ David M. Krueger*
David M. Krueger
